UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>BLANCA BAEZ,<br>CAESARE CRISTEN BAEZ,<br><br>        Defendant. | NO: CR-12-6025-EFS-2,3<br><br>ORDER GRANTING MOTIONS TO MODIFY CONDITIONS OF RELEASE |

BEFORE THE COURT are the separate motions of Defendants Blanca Baez and Caesare Cristen Baez to modify conditions of release to extend their curfews the evening of the Fourth of July.

Having reviewed the motions and relevant pleadings and the government and U.S. Probation having no objection, the Court granted Defendants' Motions to Modify Pretrial Conditions of Release (**Ct. Recs. 102, 107**).

**IT IS ORDERED** that the Defendants' conditions of release are modified as follows:

1. Defendants' curfews are extended to midnight on July 4, 2012, to allow them to attend the Fourth of July fireworks display with family.

2. All conditions of release previously imposed remain in full effect.

Case 2:12-cr-06025-EFS   Document 117   Filed 06/29/12

3.  The District Court Executive is directed to file this and provide copies to the Honorable Edward F. Shea, United States Probation Officers Curtis Hare and San Juanita Coronado and the U.S. Marshal.

DATED this 28th day of June, 2012.

                                    s/ James P. Hutton
                                    JAMES P. HUTTON
                                  U.S. MAGISTRATE JUDGE