UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BLANCA BAEZ,<br><br>　　　　　　Defendant. | No. CR-12-6025-EFS-2<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>☒　Motion Granted<br>　　**(ECF No. 234)**<br><br>☐　Action Required |

Date of bail review hearing: 06/21/2013

　　　　The Court conducted a hearing on defendant's motion to modify release conditions. ECF No. 234. After considering the argument of counsel, the Court GRANTED in defendant's request to modify release conditions, to wit: Defendant's requirements of GPS monitoring and curfew may be removed.

☒　All other conditions of release remain the same.

　　　　**IT IS ORDERED** Defendant's Motion for modification of release conditions, ECF No. 234, is **GRANTED**. Defendant's curfew and GPS monitoring requirements are removed.

　　　　DATED June 21, 2013.

　　　　　　　　　　　　　s/James P. Hutton
　　　　　　　　　　　　　JAMES P. HUTTON
　　　　　　　UNITED STATES MAGISTRATE JUDGE

1